## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**K&B LOUISIANA CORPORATION**                         **CIVIL ACTION NO.**

**versus**

**CAFFERY-SALOOM RETAIL, L.L.C.,**
**SOUTHWEST PROPERTY MANAGEMENT, INC., AND**
**AMERICAN NATIONAL INSURANCE COMPANY**

### NOTICE OF REMOVAL

**TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA, LAFAYETTE DIVISION**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc., hereby give notice of the removal of this action from the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana, to the United States District Court for the Western District of Louisiana, Lafayette Division.  In support of this Notice of Removal, Caffery-Saloom and Southwest Property Management submit the following:

1.

Plaintiff, K&B Louisiana Corporation d/b/a Rite Aid ("K&B"), filed a Petition against Caffery-Saloom Retail, L.L.C., Southwest Property Management, Inc., and American National Insurance Company on March 9, 2016, in the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana.  The case is styled *K&B Louisiana Corporation d/b/a Rite Aid v. Caffery-Saloom Retail, L.L.C., et al.*, No. 20161292, Division "J."  *See* Petition, attached as Exhibit 1.

2.

Caffery-Saloom was served with the Petition and Citation on March 16, 2016.  *See* Caffery-Saloom Citation, attached as Exhibit 2.  Southwest Property Management was also served with the Petition and Citation on March 16, 2016.   *See* Southwest Property Management Citation, attached as Exhibit 3. Consequently, Defendants' Notice of Removal of the action is timely under 28 U.S.C. § 1446(b)(1) because it has been filed less than 30 days from service of the petition in this matter.

3.

Caffery-Saloom and Southwest Property Management have obtained consent to removal from the remaining defendant, American National Insurance Company ["ANICO"], as shown by the attached Consent to Removal.  *See* Consent to Removal, attached as Exhibit 4.  ANICO was served with the Petition and Citation on March 18, 2016.  *See* ANICO Citation, attached as Exhibit 5.

4.

This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441 because the parties are diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.

Pursuant to 28 U.S.C. § 1332, there is complete diversity of citizenship in this matter. Plaintiff, K&B Louisiana Corporation, is a corporation organized under the laws of the State of Louisiana with its principal place of business located in the Parish of East Baton Rouge, Louisiana. *See* Petition at ¶ 1, Exhibit 1.

6.

For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of all its members.  *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079-80 (5th Cir. 2008).  Defendant, Caffery-Saloom, is a limited liability company with two members, including Anico Eagle, LLC and C-S JVP, L.L.C.—none of which are deemed to be citizens of Louisiana. *See* Declaration of David A. Stern at ¶ 2-3, attached as Exhibit 6. Anico Eagle, a member of Caffery-Saloom, is a limited liability company whose sole member is ANTAC, LLC.  *See* Declaration of American National Insurance Company at ¶ 2, attached as Exhibit 7. ANTAC is a limited liability company whose sole member is American National Insurance Company, a corporation organized under the laws of the State of Texas with its principal place of business located in Galveston County, Texas.  *Id*. at ¶ 3.  C-S JVP, the other member of Caffery-Saloom, is a limited liability company whose sole member Jeffrey L. Moore, is domiciled in the State of Colorado.  *See* Declaration of David A. Stern at ¶ 2-3, Exhibit 6.

7.

Defendant, Southwest Property Management, is a corporation organized under the laws of the State of Texas with its principal place of business located in Harris County, Texas.  *See* Petition at ¶ 3, Exhibit 1.

8.

As provided in Paragraph 6, Defendant, ANICO, is an insurance company organized under the laws of the State of Texas with its principal place of business located in Galveston County, Texas.

9.

Consequently, for purposes of diversity of citizenship, K&B is domiciled in Louisiana and the defendants are domiciled in Texas and Colorado.

10.

While Caffery-Saloom and Southwest Property Management deny any liability to K&B, the amount in controversy in this matter exceeds $75,000.  Under well-established jurisprudence of the United States Fifth Circuit Court of Appeals, when the plaintiff has alleged an indeterminate amount of damages, the removing defendant can satisfy the amount in controversy requirement under 28 U.S.C. § 1332 by showing that it is "facially apparent" that the plaintiff's claims exceed $75,000.00.  *See*, *e.g.*, *Gebbia v. Wal-Mart Stores, Inc*., 233 F.3d 880, 883 (5th Cir. 2000); *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999).  Regardless, even if not "facially apparent" from the petition, the removing defendant may set forth specific facts that support a finding of the requisite amount in controversy.  *See Allen v. R&H Oil & Gas Co*., 63 F.3d 1326, 1335 (5th Cir. 1995).

11.

Here, K&B does not plead a specific amount of damages, but it is apparent from the face of the Petition that the amount in controversy requirement is met in this case.  K&B currently leases a portion of the Caffery Center Shopping Center located 4510 Ambassador Caffery Parkway, Lafayette, Louisiana from Caffery-Saloom pursuant to the Lease agreement originally dated January 23, 1995.  K&B operates a Rite Aid retail store from that location.  Without directing the allegations in its Petition to any particular defendant, K&B broadly alleges that the defendants, including Caffery-Saloom, Southwest Property Management, and ANICO, have failed to replace one of the former tenants of the shopping center, Winn-Dixie Louisiana, Inc., "with a comparable

supermarket grocery store of comparable size, net worth, and reputation" after Winn-Dixie vacated the shopping center sometime in 2005. *See* Petition, ¶¶ 19 and 23. K&B seeks to recover one-half of the basic rental amount and additional rent that it paid under the Lease from approximately September 2005 (approximately six months after Winn-Dixie vacated its space on or around March 2005) to present. From 2005 to current, as provided under Article 6 of the Lease, the annual basic rent, not including additional rent and other charges, owed and paid by K&B under the Lease was $116,040 per year ($9,670/month). *See* Lease, attached as Exhibit 8. Consequently, K&B apparently seeks to recover over $628,550 in rent that it has paid under the Lease from September 2005 until July 1, 2016 ($9,670 x 130 months=$1,257,100 ÷ 2=$628,550), when the Lease expires. K&B alleges that the defendants are "jointly and severally" liable to it for all "damages, losses, overpayments of rent, and attorney's fees." *See* Petition, Prayer for Relief. For these reasons, the amount in controversy, although strongly contested, exceeds $75,000.

12.

Venue in this Court is provided by 28 U.S.C. § 1441(a), as the Western District of Louisiana, Lafayette Division embraces the Parish of Lafayette where the suit originally was filed.

13.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served are being filed with this Notice of Removal.

14.

In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of Court for the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana. Additionally, a copy of this Notice of Removal will be delivered to K&B through its counsel of record.

WHEREFORE, Defendants, Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc., pray that the above-entitled state court action in the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana be removed to the United States District Court for the Western District of Louisiana, Lafayette Division pursuant to 28 U.S.C. § 1441.

/s/ *Ryan O. Luminais*

_____

JAMES M. GARNER, #19589
MARIE A. MOORE, #09648
RYAN O. LUMINAIS, #30605
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, Louisiana  70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
Email:  jgarner@shergarner.com
           mmoore@shergarner.com
           rluminais@shergarner.com
**ATTORNEY FOR DEFENDANTS, CAFFERY-**
**SALOOM RETAIL, L.L.C. AND SOUTHWEST**
**PROPERTY MANAGEMENT, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via email, facsimile, hand delivery, and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 15th day of April, 2016.

/s/ *Ryan O. Luminais*

_____

RYAN O. LUMINAIS