**15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO. 20161292                                          DIV.

**K&B LOUISIANA CORPORATION**
**d/b/a RITE AID**

**VERSUS**

**CAFFERY-SALOOM RETAIL, L.L.C.,**
**SOUTHWEST PROPERTY MANAGEMENT, INC., AND**
**AMERICAN NATIONAL INSURANCE COMPANY**

**DIV. "J"**

FILED: _____        _____
                                                            **DEPUTY CLERK**

## PETITION

K&B Louisiana Corporation, doing business in Louisiana as Rite Aid, Plaintiff, through its counsel of record and for its Petition, states as follows:

### PARTIES

1.  Plaintiff K&B Louisiana Corporation, doing business in Louisiana as Rite Aid ("Rite Aid"), is a corporation organized under the laws of the State of Louisiana and with its principal place of business in the Parish of East Baton Rouge.

2.  Caffery-Saloom Retail, L.L.C. ("Caffery-Saloom"), a limited liability company organized under the laws of the State of Louisiana and with its principal place of business in the Parish of Orleans, is made a Defendant herein.

3.  Southwest Property Management, Inc. ("Southwest Property"), a corporation organized under the laws of the State of Texas and with its principal place of business in Harris County, is made a Defendant herein.

4.  American National Insurance Company ("American National"), a Texas insurer licensed to do and doing business in the State of Louisiana, is made a Defendant herein.

### JURISDICTION AND VENUE

5.  The Jurisdiction is proper pursuant to Article 2 of the Louisiana Code of Civil Procedure, as the amount in controversy is in excess of the Court's jurisdictional limits, exclusive of interest and costs.

1

EXHIBIT
1

6. Venue is proper pursuant to Articles 76.1 and 80 of the Louisiana Code of Civil Procedure, as the immovable property which is the subject of the lease at issue in this dispute is located at 4510 Ambassador Caffery Parkway in the Parish of Lafayette.

## FACTUAL AND LEGAL ALLEGATIONS

7. In January 1995, Plaintiff executed a lease with Caffery Center, L.L.C. (the "Lease"), which Lease offered an initial 20-year term and six successive optional five-year renewal terms regarding certain commercial property in the Caffery Center Shopping Center (the "Shopping Center") located at 4510 Ambassador Caffery Parkway in Lafayette, Louisiana (the "Leased Premises").

8. The Lease includes amendments dated August 30, 1995 and November 3, 1995.

9. By its terms, the initial 20-year term of the Lease commenced on August 1, 1996.

10. Plaintiff entered into the Lease for the purpose of operating the Leased Premises as a retail store for the sale of prescriptions and other sundries typically sold in drug stores.

11. Plaintiff has operated a retail location at the Leased Premises continuously since the commencement of the Lease through the present.

12. The Lease contains several conditions precedent and continuing, including a representation by the Lessor that it had entered into a lease with Winn-Dixie Louisiana, Inc. ("Winn-Dixie"), for a minimum term of 20 years and for at least 50,000 square feet of space in the Shopping Center in which Winn-Dixie was to operate a supermarket grocery store.

13. The Lease contains a provision that the continued operation, lease and payment of rent by Winn-Dixie for its leased premises in the Shopping Center is part of the consideration to induce Plaintiff to lease and pay rent for its Leased Premises.

14. The Lease contains a provision that should Winn-Dixie fail, cease or operate, lease or pay rent for its leased premises in the Shopping Center during the term of Plaintiff's Lease, Plaintiff shall have the right and privilege of either cancelling its lease or invoking the default provisions of the Lease.

15. The Lease contains a provision that should Winn-Dixie fail, cease or operate, lease or pay rent for its leased premises in the Shopping Center, the Lessor shall have a period of six (6) months to replace Winn-Dixie with a comparable supermarket grocery store of comparable size, net worth and reputation before Plaintiff could either cancel its lease or invoke the default provisions of

the Lease.

16.  Pursuant to the terms of the Lease, Lessor was obligated to immediately notify Plaintiff in writing should Winn-Dixie fail, cease or operate, lease or pay rent for its leased premises in the Shopping Center during the primary term of the Lease. However, Lessor's failure to make this notification does not deprive Plaintiff of the remedies available to it under such circumstances.

17.  Sometime in 1996, Caffery Center, L.L.C. assigned its interest in the Lease to Defendant American National.

18.  On April 27, 2010, Defendant Southwest Property became the property manager for the Shopping Center, which includes Plaintiff's Leased Premises.

19.  Upon information and belief, Winn-Dixie ceased to operate its supermarket grocery store in the Shopping Center sometime in 2005.

20.  Defendants American National and Southwest Property failed to notify Plaintiff in writing that Winn-Dixie ceased to operate its supermarket grocery store in the Shopping Center.

21.  In 2014, Defendant American National sold the Shopping Center, including Plaintiff's Leased Premises, to its affiliate, Defendant Caffery-Saloom.

22.  Defendant Southwest Property remained the property manager following the sale of the Shopping Center to Defendant Caffery-Saloom.

23.  As of the date of this filing, Defendants have failed to replace Winn-Dixie with a comparable supermarket grocery store of comparable size, net worth and reputation.

24.  On December 14, 2015, counsel for Plaintiff sent correspondence to Defendants seeking to invoke the default provisions of the Lease due to the Lessor's failure to replace Winn-Dixie as required by the Lease terms.

25.  According to the Lease terms, the default provisions available to Plaintiff include liquidated damages for the period of time that Defendants violated the terms of the Lease by failing to replace Winn-Dixie with a comparable supermarket grocery store of comparable size, net worth and reputation during the term of Plaintiff's Lease.

26.  The Lease defines liquidated damages as the reduction by half of monthly basic rental and additional rental as defined in the Lease.

27.  Because Plaintiff continued to pay the full monthly basic rental and additional rental as defined in the Lease to Defendants during the period in which they were in violation of the Lease

terms, Plaintiff remitted sums not owed to Defendants for that violation period.

28. On January 7, 2016, Defendants notified Plaintiff that they declined to repay Plaintiff for its overpayment of rents during the violation period.

29. On or about January 25, 2016, Plaintiff notified Defendants that it did not intend to exercise its renewal option pursuant to the Lease on the Leased Premises, which means that the Lease will expire by its terms on July 31, 2016.

30. Defendants are jointly and severally liable to Plaintiff for all overpayments of rent based upon the terms and conditions of the Lease.

31. Plaintiff avers amicable demand to no avail.

32. By assuming obligations and responsibilities pursuant to the Lease, Defendants owed Plaintiff certain contractual obligations.

33. The Defendants breached their contractual and other obligations, undertakings and responsibilities to Plaintiff by failing to replace Winn-Dixie with a comparable supermarket grocery store of comparable size, net worth and reputation during the term of Plaintiff's Lease, and through any other actions or failures to act which may be proven at trial.

34. The Defendants' acts, breaches of contractual obligations and conduct have caused Plaintiff to sustain and suffer damages and losses.

35. The Defendants are liable and responsible to Plaintiff for its damages, losses and overpayments of rent as a result of the Defendants' acts, breaches of contractual obligations and conduct, and any other fault or negligence proven at trial.

**WHEREFORE,** K&B Louisiana Corporation, doing business in Louisiana as Rite Aid, Plaintiff, requests that the Defendants be served with a copy of the Petition and be duly cited to appear herein and answer same, and that after due proceedings, that there be Judgment entered in favor of Plaintiff and against Defendants, holding them jointly and severally liable, or alternatively individually or jointly liable, to Plaintiff for damages, losses, overpayments of rent and attorney's fees, and any other relief described in this Petition, plus interest, costs and such other relief as may be just and appropriate under the premises or as allowed by law or equity.

Respectfully submitted:

**GEORGE D. FAGAN (#14260)**
**MARGARET F. SWETMAN (#29195)**
Leake & Andersson, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, LA 70163-1706
Tel. (504) 585-7500
Fax: (504) 585-7775
Email: gfagan@leakeandersson.com
       mswetman@leakeandersson.com

*[signature]*

**K. JOSEPH SALOOM, IV (#35996)**
Leake & Andersson, L.L.P.
600 Jefferson Street, Suite 603
P.O. Drawer Z
Lafayette, LA 70501
Tel: (337) 233-7430
Fax: (337) 233-8403
Email: jsaloom@leakeandersson.com
*Attorneys for Plaintiff,*
*K&B Louisiana Corporation, doing business*
*in Louisiana as Rite Aid*

**PLEASE SERVE:**

**CAFFERY-SALOOM RETAIL, L.L.C.**
Through its Registered Agent:
Thomas P. McAlister
909 Poydras Street
Suite 2800
New Orleans, LA 70112

**SOUTHWEST PROPERTY MANAGEMENT, INC.**
Through its Registered Agent:
Thomas P. McAlister
909 Poydras Street
Suite 2800
New Orleans, LA 70112

**AMERICAN NATIONAL INSURANCE COMPANY**
Through its Registered Agent:
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

5

FILED THIS 9
DAY OF Mar , 20 16
*[signature]* Heather M. Comeaux
Deputy Clerk of Court

D41691312
cc_hvcomeaux

Ordered by Atty.: K JOSEPH SALOOM, IV

# CITATION

| | |
|---|---|
| **K&B LOUISIANA CORP** | **FIFTEENTH JUDICIAL DISTRICT COURT** |
| VS | DOCKET NUMBER: C-20161292 J |
| **CAFFERY SALOOM RETAIL LLC, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:  CAFFERY SALOOM RETAIL LLC
THROUGH ITS REGISTERED AGENT
THOMAS P. MCALISTER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

of the Parish of ORLEANS

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 10, 2016.

Heather M. Comeaux
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE      MOVED ( )      NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____  MILEAGE $_____  TOTAL $_____
DEPUTY _____


EXHIBIT 2



cc_hvcomeaux

Ordered by Atty.: K JOSEPH SALOOM, IV

# CITATION

| | |
|---|---|
| **K&B LOUISIANA CORP** | **FIFTEENTH JUDICIAL DISTRICT COURT** |
| VS | DOCKET NUMBER: C-20161292 J |
| **CAFFERY SALOOM RETAIL LLC, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:  CAFFERY SALOOM RETAIL LLC
THROUGH ITS REGISTERED AGENT
THOMAS P. MCALISTER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

of the Parish of ORLEANS

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 10, 2016.

Heather M. Comeaux
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

Lafayette Parish Clerk of Court
Filed This Day

MAR 29 2016

By: Clerk of Court

DATE SERVED: 3/16/ , 20 16    TIME: 4:26 P.M.
SERVED: Caffery Saloom Retail, L.L.C.
PERSONAL (X) Thomas P. McAlister, Reg. Agt.
DOMICILIARY ( ) ON ____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: ____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $____    MILEAGE $____    TOTAL $____
DEPUTY ____

ENTERED
PAPER ____    RETURN
SERIAL NO. ____    DEPUTY ____    PARISH ____

D41691320
cc_hvcomeaux

Ordered by Atty.: K JOSEPH SALOOM, IV

# CITATION

**K&B LOUISIANA CORP**                FIFTEENTH JUDICIAL DISTRICT COURT

**VS**                                DOCKET NUMBER: C-20161292 J

**CAFFERY SALOOM RETAIL LLC, ET AL**  PARISH OF LAFAYETTE, LOUISIANA

**STATE OF LOUISIANA**

TO:  SOUTHWEST PROPERTY MANAGEMENT INC
     THROUGH ITS REGISTERED AGENT
     THOMAS P. MCALISTER
     909 POYDRAS STREET
     SUITE 2800
     NEW ORLEANS, LA 70112

of the Parish of ORLEANS

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this MARCH 10, 2016.

*(signed)* Heather M. Comeaux
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE    MOVED ( )    NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____    MILEAGE $_____    TOTAL $_____
DEPUTY _____

**EXHIBIT 3**

Ordered by Atty.: K JOSEPH SALOOM, IV

# CITATION

| | |
|---|---|
| K&B LOUISIANA CORP | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20161292 J |
| CAFFERY SALOOM RETAIL LLC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO: SOUTHWEST PROPERTY MANAGEMENT INC
THROUGH ITS REGISTERED AGENT
THOMAS P. MCALISTER
909 POYDRAS STREET
SUITE 2800
NEW ORLEANS, LA 70112

of the Parish of ORLEANS.

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this MARCH 10, 2016.

_Heather M. Comeaux_
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: 3/16/ , 20 16 TIME: 4:36 P.M.
SERVED: Southwest Prop. Mgt., Inc.
PERSONAL (X) Thomas P. McAlister, Reg. Agt.
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE _____ MOVED ( ) NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

MAR 29 2016

By Clerk of Court

ENTERED

D41691304
cc_hvcomeaux

Ordered by Atty.: K JOSEPH SALOOM, IV

# CITATION

**K&B LOUISIANA CORP**              FIFTEENTH JUDICIAL DISTRICT COURT

**VS**                              DOCKET NUMBER: C-20161292 J

**CAFFERY SALOOM RETAIL LLC, ET AL**   PARISH OF LAFAYETTE, LOUISIANA

**STATE OF LOUISIANA**

TO:   AMERICAN NATIONAL INSURANCE COMPANY
      THROUGH ITS REGISTERED AGENT
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA 70809

of the Parish of E BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 10, 2016.

*Signature*
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

EXHIBIT 4

41879214

cc_hvcomeaux

Ordered by Atty.: K JOSEPH SALOOM, IV

# CITATION

K&B LOUISIANA CORP  FIFTEENTH JUDICIAL DISTRICT COURT

VS  DOCKET NUMBER: C-20161292 J

CAFFERY SALOOM RETAIL LLC, ET AL  PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO: AMERICAN NATIONAL INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

RECEIVED MAR 17 2016 E.B.R. SHERIFF'S OFFICE

of the Parish of E BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this MARCH 10, 2016.

Heather M. Comeaux
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

I made service on the named party through the Office of the Secretary of State on MAR 18 2016 by tendering a copy of this document to ANGIE GILL
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE   MOVED ( )   NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____ MILEAGE $_____ TOTAL $_____
DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day
MAR 2 8 2016
By Clerk of Court

SCANNED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**K&B LOUISIANA CORPORATION**                    CIVIL ACTION NO.

versus

**CAFFERY-SALOOM RETAIL, L.L.C.,
SOUTHWEST PROPERTY MANAGEMENT, INC., AND
AMERICAN NATIONAL INSURANCE COMPANY**

CONSENT TO REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF LOUISIANA, LAFAYETTE DIVISION

Defendant, American National Insurance Company, through its authorized counsel, hereby provides notice of its consent to the Notice of Removal being filed by Defendants, Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc., which Notice of Removal will remove this action to this Court from the Fifteenth Judicial District Court for the Parish of Lafayette, State of Louisiana, where it was docketed as No. 20161292 in Division "J."

Dated, this 14th day of April, 2016.

_____
PATRICK J. BRINEY, #03467, Counsel for
American National Insurance Company



EXHIBIT 5

LAW OFFICES OF

# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,7]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
JOSHUA S. FORCE [2,4]
DEBORAH J. MOENCH
DOROTHY S. WATKINS LAWRENCE [2]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
CHRISTOPHER T. CHOCHELES

RYAN D. ADAMS
THOMAS J. MADIGAN, II [5]
CHAD P. MORROW
KEVIN M. McGLONE
JEFFREY D. KESSLER [6]
RYAN O. LUMINAIS [5]
KAREN T. HOLZENTHAL
JONATHAN B. CERISE
ASHLEY G. COKER
AMANDA RUSSO SCHENCK
MELISSA ROME HARRIS
JENNIFER H. MABRY
CHRISTINA PECK SAMUELS
JACOB A. AIREY
ERIC J. BLEVINS
JOSHUA P. CLAYTON
MEGAN TAYLOR JAYNES

EMILY E. ROSS
PETER J. SEGRIST
TRAVIS A. BEATON
REBEKKA C. VEITH
DAVID A FREEDMAN
STEPHANIE E. HOLDEN
BRANDON W. KEAY
ELIZABETH B. McINTOSH

SPECIAL COUNSEL:
MATTHEW M. COMAN

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[6] MEMBER OF LOUISIANA AND NEW YORK BARS
[7] BOARD CERTIFIED TAX ATTORNEY LOUISIANA
BOARD OF LEGAL SPECIALIZATION

ALL OTHERS LOUISIANA BAR

rluminais@shergarner.com
Direct Dial: (504) 299-2106
Direct Fax: (504) 299-2306

(504) 299-2100
FAX (504) 299-2300

March 24, 2016

**VIA FEDERAL EXPRESS**
Tracking No. 8996 6240 5851

Louis J. Perret, Clerk of Court
15th Judicial District Court
P.O. Box 2009
Lafayette, Louisiana 70501

*2016 MAR 28 PM 1:01 CLERK OF COURT LAFAYETTE PARISH*

Re: *K&B Louisiana Corporation d/b/a Rite Aid v. Caffery-Saloom Retail, L.L.C., et al.*, 15th Judicial District Court, Lafayette Parish, No. 20161292, Div. J
Our File No.: 13337.0237

Dear Sir:

Enclosed please find an original and three copies each of Defendants', Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc., *Ex Parte/Consent Motion for Extension of Time to File Answer or Responsive Pleadings and Request for Notice*, which we would appreciate your filing into the record and returning a stamped-filed copy of each to us in the enclosed self-addressed stamped. As per our conversation with our office, also enclosed is a check in the amount of $60.00 to cover the cost of this filing.

Cordially,

*NO TRIAL DATE SET*

Ryan O. Luminais

ROL/sm
Enclosures
cc: George D. Fagan, Esq. (w/encl. via U.S. First Class Mail and electronic mail)
Margaret F. Swetman, Esq. (w/encl. via U.S. First Class Mail and electronic mail)
K. Joseph Saloom, IV, Esq. (w/encl. via U.S. First Class Mail and electronic mail)

*SCANNED*

SALOOM RETAIL, L.L.C. AND SOUTHWEST
PROPERTY MANAGEMENT, INC.

FILED THIS 28 DAY OF Mar, 2016
Deputy Clerk of Court

EXHIBIT 6

**15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO. 20161292                                            DIVISION J

**K&B LOUISIANA CORPORATION**
**d/b/a RITE AID**

**VERSUS**

**CAFFERY-SALOOM RETAIL, L.L.C.,**
**SOUTHWEST PROPERTY MANAGEMENT, INC., AND**
**AMERICAN NATIONAL INSURANCE COMPANY**

FILED: _____       _____
                                                                 **DEPUTY CLERK**

## *EX PARTE*/CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc. (collectively, "Defendants"), who respectfully file this *Ex Parte*/Consent Motion for Extension of Time to File Answer or Responsive Pleadings with respect to the Petition filed by Plaintiff, K&B Louisiana Corporation d/b/a Rite Aid. Defendants respectfully request an extension up to and including April 18, 2016, in which to file an answer or other pleadings responsive to the Petition. Plaintiff does not oppose this request for an extension of time.

/s/ James M. Garner

JAMES M. GARNER, #19589
MARIE A. MOORE, #09648
RYAN O. LUMINAIS, #30605
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, Louisiana 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
Email: jgarner@shergarner.com
**ATTORNEY FOR DEFENDANTS, CAFFERY-**
**SALOOM RETAIL, L.L.C. AND SOUTHWEST**
**PROPERTY MANAGEMENT, INC.**

FILED THIS 28 DAY OF Mar, 2016

_____
Deputy Clerk of Court

# 15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

NO. 20161292                                                        DIVISION J

### K&B LOUISIANA CORPORATION
### d/b/a RITE AID

### VERSUS

### CAFFERY-SALOOM RETAIL, L.L.C., SOUTHWEST PROPERTY MANAGEMENT, INC., AND AMERICAN NATIONAL INSURANCE COMPANY

FILED: _____     _____
                                                                       DEPUTY CLERK

### ORDER

**CONSIDERING THE FOREGOING** *Ex Parte*/Consent Motion for Extension of Time to File Answer or Responsive Pleadings ("Motion") filed by Defendants, Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc.;

**IT IS ORDERED** that the Motion is hereby **GRANTED**. Defendants are granted an extension up to and including April 18, 2016 in which to file an answer or other pleadings responsive to the Petition filed by Plaintiff.

Gretna, Louisiana, this _____ day of _____, 2016.

30 mar 2016

_____
JUDGE

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgement/order has been mailed/served on all parties this 1 day of April, 2016.
_____
Deputy Clerk of Court

cc: Ryan O. Luminais
K. Joseph Saloom, IV
George D. Fagan

FILED THIS 30 DAY OF Mar, 2016
_____
Deputy Clerk of Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via email, facsimile, hand delivery, and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 24th day of March, 2016.

_____
RYAN O. LUMINAIS

FILED THIS 20
DAY OF Mar., 2016
_____
Deputy Clerk of Court

2



**15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO. 20161292                                                                        DIVISION J

**K&B LOUISIANA CORPORATION**
**d/b/a RITE AID**

**VERSUS**

**CAFFERY-SALOOM RETAIL, L.L.C.,**
**SOUTHWEST PROPERTY MANAGEMENT, INC., AND**
**AMERICAN NATIONAL INSURANCE COMPANY**

FILED: _____     _____
                                                         **DEPUTY CLERK**

**REQUEST FOR NOTICE**

Defendants, Caffery-Saloom Retail, L.L.C. and Southwest Property Management, Inc. (collectively, "Defendants"), request the Clerk of Court to give notice to undersigned counsel of the signing of any order or judgment in the above captioned matter in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure. Defendants further request written notice of the trial date set for the above captioned case, and the date set for hearing of any pleadings or motions in the captioned case, pursuant to Article 1572 of the Louisiana Code of Civil Procedure.

Respectfully Submitted,

_____
JAMES M. GARNER, #19589
MARIE A. MOORE, #09648
RYAN O. LUMINAIS, #30605
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street - 28th Floor
New Orleans, Louisiana 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
Email: jgarner@shergarner.com
**ATTORNEY FOR DEFENDANTS, CAFFERY-**
**SALOOM RETAIL, L.L.C. AND SOUTHWEST**
**PROPERTY MANAGEMENT, INC.**

FILED THIS 30 DAY OF Mar 20 16

_____
Deputy Clerk of Court

**EXHIBIT 7**

Apr 12 2016 09:24am     P022/022



41753336

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via email, facsimile, hand delivery, and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 24 day of March, 2016.

_____
RYAN O. LUMINAIS

2

FILED THIS 30 DAY OF Mar, 20 16
_____
Deputy Clerk of Court