RECEIVED

FEB 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| K & B Louisiana Corp. | Civil Action No. 6:16-CV-503 |
| versus | Judge Rebecca F. Doherty |
| Caffery-Saloom Retail, L.L.C., et al. | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6), filed by Defendant Southwest Property Management, Inc. ("Southwest Property") (Doc. 15) is GRANTED and that Plaintiff's claims against Southwest Property are DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 23rd day of February, 2017.

*[Signature]*
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE